# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

JOHN VICKERS,

    Plaintiff,

v.

CITY OF MOULTRIE, GEORGIA, AND MOULTRIE POLICE DEPARTMENT,

    Defendants.

Civil Action No. 7:13-CV-29 (HL)

## ORDER

Upon a finding of good cause, the Court extends the discovery deadline in this case to December 18, 2013. The following deadlines are also extended:

1. All motions to join other parties or to otherwise amend the pleadings shall be filed on or before November 18, 2013, that being no more than 30 days before the expiration of discovery in this case.

2. All dispositive motions shall be filed on or before February 1, 2014, that being no more than 45 days after the expiration of discovery in this case.

3. All Daubert motions must be filed on or before January 17, 2014, that being no more than 30 days after the expiration of discovery in this case. The parties are reminded not to file Daubert motions as part of dispositive motions.

**SO ORDERED**, this the 4th day of October, 2013.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

scr